**DISMISS and Opinion Filed February 6, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01256-CV

### SAM MUSSO, Appellant
### V.
### KATHERINE G. MOORE A/K/A KATHERINE G. MUSSO, Appellee

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-13-739**

## MEMORANDUM OPINION
Before Justices Lang, Stoddart, and Schenck
Opinion by Justice Lang

Before the Court is appellant's January 28, 2015 motion seeking to dismiss the appeal and have costs taxed against the party incurring same. We grant appellant's motion to the extent that we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

141256F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SAM MUSSO, Appellant

No. 05-14-01256-CV      V.

KATHERINE G. MOORE A/K/A
KATHERINE G. MUSSO, Appellee

On Appeal from the 382nd Judicial District
Court, Rockwall County, Texas.
Trial Court Cause No. 1-13-739.
Opinion delivered by Justice Lang.  Justices
Stoddart and Schenck, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee KATHERINE G. MOORE A/K/A KATHERINE G. MUSSO recover her costs of this appeal from appellant SAM MUSSO.

Judgment entered this 6th day of February, 2015.